# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACER INC.,<br><br>    Defendant. | CIVIL ACTION NO. 4:18-cv-697-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ACER

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Acer Inc. ("Acer") have resolved American's claims for relief against Acer asserted in this case.

NOW, THEREFORE, American and Acer, through their attorneys of record, request this Court to dismiss all claims asserted by American against Acer with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: October 7, 2019

Respectfully submitted,

/s/ *C. Ryan Pinckney*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*


*/s/ Michael C. Ting*

Michael C. Ting
California State Bar No. 247610
*Admitted in the Eastern District of Texas*
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel: (650) 517-5256
Fax: (650) 226-3133 mting@tklg-llp.com

*Attorney for Defendant Acer Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 7, 2019.

                                          */s/ C. Ryan Pinckney*
                                          C. Ryan Pinckney